IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00500-MSK-KLM

JOSEPH & PATRICIA KAIL, individually and on behalf of all others similarly situation,

    Plaintiff,

v.

WHIRLPOOL CORPORATION,

    Defendant(s).

---

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on a **Joint Motion for Entry of Protective Order** [Docket No. 29; Filed July 10, 2009] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order for the Confidentiality of Documents and Things is **accepted** for filing and is entered as an Order of the Court as of the date of this Minute Order.

Dated: July 13, 2009